# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2022-0037, <u>In re Estate of Chester L. Gray, Jr.</u>, the court on November 28, 2022, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The court concludes that the appellant, as the appealing party, has not established reversible error. <u>See</u> <u>Sup. Ct. R.</u> 25(8); <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**